

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| PATRICIA F. BROWN,<br><br>                      Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>                      Defendant. | CV 13-48-BLG-SEH<br><br>**ORDER** |

On January 9, 2014, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations[1] in this matter. Plaintiff filed objections on January 15, 2014.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Doc. 19.

[2] Doc. 20.

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment (Doc. 10) is DENIED.

2. Defendant's Motion for Summary Judgment (Doc. 15) is GRANTED.

3. The Clerk of Court is directed to enter judgment accordingly.

DATED this 28th day of January, 2014.

SAM E. HADDON
United States District Judge